UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ELIJAH HUNT,

                        Plaintiff,

                 -against-

Detective DOMINICK J. VASATURO, Shield No. 1395; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                       Defendants.

-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

14 CV 3072 (KAM)(JO)

       I, Ramsey Baines, being duly sworn deposes and says:

       1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

       2.     On May 19, 2014, at approximately 3:17 p.m., I served the summons and complaint in this matter on Detective Dominick Vasaturo, Shield No. 1395, by delivering a copy of same to, a person of suitable age and discretion at defendant's actual place of business within the state, 1 Police Plaza, Room 1100, New York, New York.

       3.     Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or

concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
May 23, 2014



Ramsey Baines

Sworn to me on 23 day
of May 2014

_____
NOTARY PUBLIC

TATIANA STRICKLAND
NOTARY PUBLIC
STATE OF NEW YORK
NO. 01ST6276438
QUALIFIED IN QUEENS COUNTY
COMM. EXP. 02/17/2017