

305 Broadway, 14th Floor
New York, New York 10007
Tel: (212) 323-6880
Fax: (212) 323-6881
www.hwandf.com

Gabriel P. Harvis
gharvis@hwandf.com
Christopher D. Wright
cwright@hwandf.com
Baree N. Fett
bfett@hwandf.com

June 5, 2014

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Hunt v. Vasaturo, et al.*, 14 CV 3072 (KAM) (JO)

Your Honor:

  I represent plaintiff in the above-referenced civil rights action. It was brought to our attention today that my law partner, Baree N. Fett, briefly represented defendant Vasaturo in 2011 while working at the New York City Law Department. Consequently, the undersigned has assumed full responsibility for the matter and Ms. Fett has been screened from it.

  To that end, plaintiff respectfully requests that the Court allow plaintiff to substitute the undersigned as counsel and issue an order removing Ms. Fett from the docket, so that she will no longer receive electronic notification of any filings.[1]

  Thank you for your consideration of this request.

                Respectfully submitted,

                Gabriel P. Harvis

cc: Brian Farrar, Esq. (by e-mail)
   New York City Law Department

---

[1] The undersigned noticed his appearance earlier this afternoon.