UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ELIJAH HUNT,

                        Plaintiff,

        -against-

DOMINICK J. VASATURO, Shield No. 1395,
and CHRISTOPHER CLARK, Shield No. 7238,
employees of the New York City Police
Department,

                        Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 3072 (KAM) (JO)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Matthew Flamm, Esq.<br>*Attorney for plaintiff*<br>26 Court Street, Suite 2208<br>Brooklyn, New York 11242 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant Dominick Vasaturo*<br>100 Church Street<br>New York, New York 10007 |

_____ 9/13/2014
Matthew Flamm
*Attorney for Plaintiffs*

_____
Brian J. Farrar
*Senior Counsel*

Dated: New York, New York
       _____, 2014

SO ORDERED:

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE